**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6297**

---

BYRON PAIGE,

                                        Plaintiff - Appellant,

        versus

MARTHA L. SAXON, Marion County Clerk of Court;
H. D. FEAGIN, Captain, Marion County City
Police Department; FREDDIE MCGACHEN, PFC,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Henry M. Herlong, Jr., District
Judge.  (CA-99-3940-2-20AJ)

---

Submitted:  April 13, 2000          Decided:  April 21, 2000

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Byron Paige, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Byron Paige appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. Paige's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Paige that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Paige failed to object to the magistrate judge's recommendation.

The timely filing of objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985). See generally Thomas v. Arn, 474 U.S. 140 (1985). Paige has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED